# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FLORENCE SNYDER, | : | |
|---|---|---|
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 12-5382 |
| BERTUCCI'S RESTAURANT CORP., | : | |
| | : | |
| Defendant. | : | |

FILED
DEC 1 8 2012
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

## ORDER

**AND NOW**, this *18th* day of *December*, 2012, upon consideration of the Motion by Defendant Bertucci's Restaurant Corporation to Transfer Venue to the United States District Court for the District of New Jersey (Docket No. 5) and the Response in Opposition by Plaintiff Florence Snyder (Docket No. 6) it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.